IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-17-246-D |
| | ) | |
| NNAMDI FRANKLIN OJIMBA, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Defendant's Application to Authorize Expense for Copy of Transcripts [Doc. No. 11] is **GRANTED**. Defendant Ojimba has been declared indigent, and is represented by counsel appointed under the Criminal Justice Act. Counsel for Defendant states these transcripts are necessary for pretrial and trial preparation.

Accordingly, pursuant to 18 U.S.C. §3006A, Defendant shall be provided, at public expense, a copy of the transcript of the trial of Defendant Akunna Baiyina Ejiofor in *United States v. Ejiofor, et al.*, Case No. CR-16-29-D [Doc. Nos. 190, 208, 209, and 210] and the transcripts of motion hearings held in the same case regarding Ms. Ejiofor and her co-defendant, Ken Ezeah [Doc. Nos. 136, 181, 256 and 257]. The court reporter shall be reimbursed pursuant to statute.

**IT IS SO ORDERED** this 17th day of November 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE